196 EAST TABERNACLE, #30

January 6, 2009

United States District Court

**DISTRICT OF UTAH**

FILED
JAN 1 2 2009

ROBERT T. BRAITHWAITE
U.S. MAGISTRATE

**UNITED STATES OF AMERICA**

v.

**ORDER OF DISCHARGE AND DISMISSAL**

Ryan Morrison

**CASE NUMBER: 2:07-CR-00844-001 RTB**

WHEREAS, the above-named defendant having previously been placed on probation under 18 U.S.C. § 3607 for a period not exceeding one year, and the Court having determined that said defendant has completed the period of probation without violation,

IT IS ORDERED that pursuant to 18 U.S.C. § 3607(a), the Court, without entry of judgment, hereby discharges the defendant from probation and dismisses those proceedings for which probation had been ordered.

_____
Honorable Robert T. Braithwaite
United States Magistrate Judge

1-12-09
Date